# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| ROSALIND RENAE MILES, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. CIV-13-889-HE |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner | ) | |
| of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Rosalind Ranae Miles, appearing *pro se* and *in forma pauperis*, filed this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for disability benefits. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Gary M. Purcell, who recommends that the complaint be dismissed with prejudice because it was not timely filed. Objections to the magistrate judge's Report and Recommendation were due by June 2, 2014.

The parties, having failed to object to the Report and Recommendation, waived their right to appellate review of the factual and legal issues it addressed United States v. 2121 E. 30th St., 73 F.3d 1057, 1059 (10th Cir. 1996); *see also* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Accordingly, the court **ADOPTS** Magistrate Judge Purcell's Report and Recommendation [Doc. #15], and the complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated this 5th day of June, 2014.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE